Amber Bullock
555 Bridle Path, Ste 1105
Grand Prairie, TX 75050
amberbullocksings@gmail.com
(314) 305-4738
11/26/2024

To Whom It May Concern,

I am writing this letter to offer a character reference for the woman who I claim as my sister, Angelique Patterson, who is currently incarcerated at Grayson County.  My name is Amber Bullock.  Many people know me as the Season 4 winner of the BET Gospel Competition Show called, "Sunday's Best".  I have worked with artists, such as, Kirk Franklin, Israel Houghton, PJ Morton, The Clark Sisters, Fantasia, and Jazmine Sullivan, just to name a few.

Being an only child, and often feeling alone, 10 years ago God blessed me with a sister who would become my uplifter and encourager.  As an artist, I often meet new people, and I must always represent my brand.  With Angel, I am just Amber, the mom, the woman, the human- and the kindness, compassion, warmth, and benevolence Angel has always given to me, is what she is known to give to anyone she encounters.  I have one child, a teenage daughter.  Understanding the fickleness of any teenager and seeing the adoration my daughter has for her "Auntie", is a testament to the tender impact she has on others.

Angel has a true heart for people.  My mother passed on April 8, 2022, and from the call I received about her passing, all the distinct details of my mother's funeral and burial arrangements, and the actual services, she was there with me every step of the way, all going through her own personal issues- never complaining and never wavering in lending my family her strength.  Knowing how close my mother and I were, Angel ensured she and I spoke every single day, just as I did with my mom.  Those calls became pieces of strength that I depended on daily to keep going.  This is just a mere illustration of the beautiful heart she has.

I am truly disheartened in the circumstances that my sister has found herself in, currently.  The law was put into place to establish rules, and I understand that she has broken those rules.  She is also cognizant of the position she has put herself in.

However, as one her closest friends, I can fully attest to her remorse and her readiness to prove her to be an upstanding citizen.  In passion and certainty, I vow to personally be held accountable to ensure that she remains a law-abiding citizen.

Thank you for considering this reference. I am pleading with the courts, for Angelique to be given probation, considering she is not a repeat or violent offender.  My family and I are prepared to assist her in her reacclimating into society and to be there for her, just as she's been for many others.

 If you have any questions or need further information, please feel free to contact me.

Sincerely,
Amber Bullock
Sister-friend

| | |
|---|---|
| **From:** | Rachel Cima |
| **To:** | Stephanie Zipfel |
| **Subject:** | FW: Letter of Character for Angel Shields Patterson |
| **Date:** | Wednesday, January 8, 2025 10:51:59 AM |

**From:** tonibellard1983@gmail.com <tonitubbs1983@gmail.com>
**Sent:** Tuesday, January 7, 2025 8:11 PM
**To:** Rachel Cima <Rachel_Cima@fd.org>
**Subject:** Fwd: Letter of Character for Angel Shields Patterson

**EXTERNAL SENDER**

Angelique Patterson

---------- Forwarded message ---------
From: **Alonzo Townsend** <alonzo@mvstermind.com>
Date: Tue, Jan 7, 2025, 2:48 AM
Subject: Letter of Character for Angel Shields Patterson
To: <tonitubbs1983@gmail.com>

Dear **Honorable One,**

I hope this letter finds you uplifted and well. My name is Alonzo Townsend and I am writing to you today on behalf of Angel Shields, whom I have had the privilege of knowing for close to 10 years. In that time, I have come to deeply respect her character, determination, and commitment to the betterment of those around her.

Angel embodies a deep passion of music and the entertainment ecosystem in St. Louis, a deep ownership to responsibility, and unwavering compassion. As a friend, I've witnessed his dedication to her family, friends, and the music community, especially through her exceptional production work on premier stages, earning her wide respect and appreciation.

I've seen Angel grow tremendously and show resilience, facing her own mistakes and life's challenges with determination. She has actively sought self-improvement by consulting mentors, joining community workshops, and reflecting on herself , all with a genuine commitment to the profound opportunity of bettering her life for both her own sake and those around her.

Your Honor, I recognize the gravity of the situation before you and fully respect the seriousness of the legal process. However, I humbly ask that you take into consideration the positive qualities that define Angel.

She is not only remorseful for her actions but is also committed to making amends and contributing positively to society moving forward. I believe in her ability to learn from this experience and continue making meaningful contributions to our music community, and community in whole as she has done in the past.

I appreciate your time and thoughtful consideration in this matter. Please feel free to contact me if you require any additional information or further insight into Angel's character.

Sincerely,

Alonzo J Townsend

314.295.5214

| | |
|---|---|
| **From:** | Rachel Cima |
| **To:** | Stephanie Zipfel |
| **Subject:** | Fw: Angelique Patterson Character Witness |
| **Date:** | Friday, January 10, 2025 8:57:53 AM |

Get Outlook for iOS

**From:** Brittanie Peebles <brittaniepeebles88@gmail.com>
**Sent:** Friday, January 10, 2025 12:53 AM
**To:** rachel_cima@fd.org <rachel_cima@fd.org>
**Subject:** Angelique Patterson Character Witness

EXTERNAL SENDER

To whom it may concern,

My name is Brittanie Peebles. I have personally and professionally known Mrs. Patterson for over 10 years. I was surprised to hear about the case against her because it's quite the opposite of whom I have known and worked with for quite some time. It is for that reason, I am happy to write a letter of reference regarding her case. While I understand the severity of her case, I ask the court to show some leniency.

Within my time of knowing and working with her, I have seen her show extreme selflessness, constantly putting others before herself, problem solving, and trustworthiness. I always enjoy working with her and admire her heart to help others, including me and my family. She is respected in the community and adored by many.

It is my sincere hope the court takes this letter into consideration. Despite the current case, I still believe Angelique Patterson to be an honorable individual, a valuable member of my community, and a good human being.

Thank you for your time and your consideration.

Sincerely,

Brittanie Peebles



# CITY OF CAHOKIA HEIGHTS

*DeMario Helm Sr., Deputy Mayor*

*103 Main Street Cahokia Heights, IL 62206*

Office: (618) 332-4208                                           Fax: (618) 215 - 7202

To whom it may concern

Hello I am writing in reference to Mrs. Angelique Patterson, who is appearing before your court.

Angelique asked me to write a character reference letter, but the truth is that I was already planning on doing so before the request. I feel strongly about Angelique and about her future, and I want to try to make you feel the same way.

Mrs. Patterson is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but its true nonetheless. I have known Angelique for many years, and in that time I have seen her go through ups and downs, but all the while I have been convinced that she is a decent person at the core. She just needs more people to believe in her so that she can become the person I know she can be.

Angelique has made a mistakes, and she is incredibly remorseful and is willing to do whatever it takes to make reparations, financial and emotionally, if possible. But to do that, she needs you to give her an opportunity to get a second chance. I recognize that Angelique broke the law, and I do not believe that she should get off with no punishment. I just hope you will recognize the power you wield with regard to the future of this woman, and make a fair decision.

Thank you,

Demario Helm, Deputy Mayor

To The Honorable Judge
Subject: Character Reference for Angelique Patterson

Dear Honorable Judge,

My name is Dandrea Jones, and I have had the pleasure of knowing Angelique Patterson for over seven years. During this time, we have worked together closely in the entertainment business, and I have come to admire not only her professional abilities but also her genuine heart and unwavering kindness.

Angelique and I initially connected through work, but over the years, she has become a dear friend. She is someone who consistently goes above and beyond for others, whether it's lending a helping hand, offering words of encouragement, or simply being a source of light in challenging times. Her positive energy and compassion are qualities that truly set her apart.

I personally experienced Angelique's impact during one of the lowest points in my career. I was feeling lost and uncertain about my future, but Angelique stepped in and brought my career back to life. She inspired me, encouraged me, and gave me the courage I needed to push forward. I truly don't believe I would have made it through without her support.

What makes the current situation so difficult to process is how uncharacteristic it is of the Angelique I know. She has always been a person of integrity who cares deeply about the people around her and the community she serves. Her generosity and willingness to give back have made a significant impact on those fortunate enough to know her.

While I fully respect the judicial process, I respectfully ask the court to consider Angelique's character and the many lives she has touched in a positive way. I believe that with her skills, compassion, and commitment to others, she still has so much more to offer as an active and contributing member of our community.

If additional information  is needed, I am more than happy to provide it. Thank you for taking the time to review this letter and for considering Angelique's character during this process.

Sincerely!
Dandrea Jones

To Whom It May Concern

Date: Monday January 7, 2025

My name is Jeromy Thomas, founder and manager for music artist, PC Band, based out of West Memphis / Memphis, TN.
I have known Angelique Patterson for the last six years. We have worked together for all six years. She has always come across as a person of good moral character as far as I know. I can confirm that in all the time I have known her, Ms. Angelique has been a reliable, trustworthy and decent person. I just hope that you will give an opportunity for a second chance to Angelique Patterson while you make a fair decision.

Thank You!
Jeromy Thomas

**To:** The Honorable Judge
**Subject:** Character Reference for Angelique Patterson

Dear Honorable Judge,

My name is Pastor Jaime "Jai" Williams. I have had the honor of serving as an ordained pastor for over 25 years, working alongside esteemed leaders such as Joyce Meyer, T.D. Jakes, Pastor David Crank, and currently Dr. Jamal Bryant. Today, I write to offer a heartfelt character reference for Angelique Patterson, whom I have had the privilege of knowing for the past five years as a community leader and friend.

Throughout the time I've known Angelique, she has consistently demonstrated kindness, compassion, and a selfless commitment to helping others. She is the type of person who makes every space she enters brighter, touching lives with her generosity and genuine care. Her unwavering dedication to supporting her community is why the recent accusations against her have deeply surprised and saddened me.

I first met Angelique during one of the most challenging seasons of my life. After discovering my husband of 20 years, also a pastor, had been unfaithful, I felt abandoned by the very churches I had faithfully served. Angelique stepped in during that storm, offering not just emotional support, but tangible acts of kindness— cooking meals, providing transportation, and surrounding me with the community I so desperately needed.

Angelique's light shines far beyond personal connections. She is highly regarded within the gospel music and church community, known for her willingness to serve and uplift others. I have personally witnessed her remarkable generosity—giving without hesitation to meet the needs of others, even if it meant taking the shirt off her back to help someone.

It is heartbreaking to see Angelique in this position. While I have full respect for the judicial process, I humbly ask the court to consider her character and the positive impact she has made on so many lives. St. Louis needs people like Angelique—contributing to our communities with joy, compassion and strength.

I kindly request that the court exercise leniency, perhaps considering probation as an alternative to incarceration. I believe Angelique has much more to offer as an active, contributing member of society. Should you require additional information or testimony, I am more than willing to provide it.

Thank you for your time and thoughtful consideration.

Sincerely,
Pastor Jaime "Jai" Williams

| | |
|---|---|
| **From:** | Rachel Cima |
| **To:** | Stephanie Zipfel |
| **Subject:** | FW: Character letter for Miss Angelique Patterson |
| **Date:** | Wednesday, January 8, 2025 10:52:12 AM |

**From:** tonibellard1983@gmail.com <tonitubbs1983@gmail.com>
**Sent:** Tuesday, January 7, 2025 8:12 PM
**To:** Rachel Cima <Rachel_Cima@fd.org>
**Subject:** Fwd: Character letter for Miss Angelique Patterson

EXTERNAL SENDER

Angelique Patterson

---------- Forwarded message ---------
From: **K.J. Willis Assist** <mrwillismanagement@gmail.com>
Date: Wed, Dec 18, 2024, 3:12 PM
Subject: Character letter for Miss Angelique Patterson
To: <tonitubbs1983@gmail.com>


To Whom it May Concern,

My name is Kevin Willis. I am a close friend and colleague of Miss Angelique Patterson.  I am writing to the court today, to ask for mercy regarding her sentencing.

Angel has blessed the St. Louis music scene for over 10 years by hiring and developing  musical talent and giving them a platform to earn a living making the music they love.  She has expanded her shows into other cities in the south, allowing for even more work and exposure opportunities for artists.

Angel is the big sister who tries to be everything, for everyone, in anyway she can.  She truly has a good heart and is always creating opportunities for others to succeed.   While I don't agree with the crimes committed, it is my earnest belief that she is remorseful for the damages caused, as well as ready to rectify those wrong doings.  In as much as it pleases the court to serve justice, I ask that you have mercy on someone who has learned the fallacy of their actions, and is committed to not only being a better person, but also setting a better example.

Thank you for your consideration of how much joy she really does bring to our community.

"For the mountains may depart, and the hills be removed, but my loving kindness will not depart from you, and my covenant of peace will not be removed, says the LORD who has mercy on you."
- Isaiah 54:10

Sincerely,

Kevin "K.J." Willis
Sincerely,

Case: 4:24-cr-00026-HEA   Doc. #:  47   Filed: 01/22/25   Page: 11 of 17 PageID #: 175

**From:** Rachel Cima
**To:** Stephanie Zipfel
**Subject:** FW: Angelique Patterson
**Date:** Monday, January 6, 2025 1:29:01 PM

See the email below from Retha Shields

-----Original Message-----
From: rethashields038@gmail.com <rethashields038@gmail.com>
Sent: Thursday, January 2, 2025 4:59 PM
To: Rachel Cima <Rachel_Cima@fd.org>
Subject: Angelique Patterson

EXTERNAL SENDER

Sent from my iPhone
I am writing to present good character of Angelique Patterson.She is my only daughter and youngest.She has been my support since lost of her dad and brother.She has been stable and considerate.I depend on her in case something happens to me.Raised in two parent home was very stable.I worked as a nurse my husband a dept manager before he passed.was very good in school.It saddens me what has happened.But if you can a way to give her a second chance thank you.Retha Shields Mother.

11/22/2024

**Subject: Reference for Angelique Patterson**

Dear Judge,

I hope this letter finds you well. I am Ranyah Carmack, former co-worker and now eternal friend of Angelique Patterson. I am writing regarding Angelique's worthy, faithful and creditable character, while knowing her as both a colleague and close friend, I may be able to provide a beneficial perspective to contributing to the court's decision and viewpoint of Angelique. I have known Miss Angelique for a period of a year and in this time, she had been very supportive, worthy, faithful and has a creditable character. She is nothing less than well-mannered, educated, punctual, and reliable. Although one year is no an eternity, she has demonstrated that she is both honorable and a righteous individual. I hope this may be able to provide useful information to contributing to Angelique's peaceful freedom. It is a privilege to have learned many techniques based on Angelique's work ethic and knowledge. I would highly recommend anyone to get to know her strength and originality in her nature of the services and guidance Miss Angelique proudly has shown her family and friends around her. Although, I fully respect the courts decisions, please carefully consider this viewpoint so Angelique can continue making positive changes in her life and others, not behind bars.

Best Regards,

Thank you for your time. If you would like to ask more questions, I will be happy to accommodate you. I wish you all is best.

Sincerely,

Ranyah

Sonya Denson

246 Allen Street

Woodruff, SC 29388

8643982231

January 4, 2025

To: The Honorable Judge

I am writing to provide a character reference for Angelique Patterson, whom I have known for half her life as family friend. Throughout our interactions, Angelique has always had a heart the size of Texas. That's why it is so shocking to see her in this position.

She is a friend and I've had the pleasure to work with her on different events and concerts. Her work ethic I unmatched.  Despite the challenges presented, Angelique openly communicated with about her current situation, she implemented that this was out of character, and I would agree whole hardly.  It's still hard for me to believe.

I've only known Angelique to always displayed a reliable and trustworthy nature, consistently following through on commitments and upholding high ethical standards. I have no hesitation in recommending her as someone who readily accepts responsibility for their actions and is dedicated to personal growth.

Best Regards,

*Sonya Denson*
Sonya Denson

| | |
|---|---|
| **From:** | Rachel Cima |
| **To:** | Stephanie Zipfel |
| **Subject:** | Fw: Angelique Character Witness Letter |
| **Date:** | Friday, January 10, 2025 10:06:49 AM |

Get Outlook for iOS

**From:** Brittanie Peebles <brittaniepeebles88@gmail.com>
**Sent:** Friday, January 10, 2025 9:57 AM
**To:** rachel_cima@fd.org <rachel_cima@fd.org>
**Subject:** Angelique Character Witness Letter

EXTERNAL SENDER

---------- Forwarded message ---------
From: **Brittanie Peebles** <brittaniepeebles88@gmail.com>
Date: Fri, Jan 10, 2025 at 1:06 AM
Subject: Fwd:
To: p_pudda <p_pudda@yahoo.com>


---------- Forwarded message ---------
From: **Brittanie Peebles** <brittaniepeebles88@gmail.com>
Date: Fri, Jan 10, 2025 at 1:04 AM
Subject:
To: p_pudda <p_pudda@yahoo.com>


Dear Sir or Madam,

I am writing in reference of Angelique Patterson who is being sentenced. I have known Angelique for over 10 years, and we are coworkers. She is actually my manager and has been for 5 years. I believe I am in a position to speak to Angelique's moral character, so I hope you will take this letter into account when making your decision.

Angelique is, in short, a good person. She has always been kind and generous with others. She has a strong sense of duty, which applies in her job with and for me, family, and community. She also possesses a great deal of integrity, and constantly strives to make sure she is doing the right thing. It must be difficult for you to make decisions like this when you don't actually know the person, so I hope you will look at my letter and the countless others you're receiving, and understand that Angelique is the kind of person around whom people rally. That has to say something, so please let that be a factor in your decision.

Thank you for your time,

Terry Rogers

December 26, 2024

To Whom It May Concern,

I am writing this character letter on behalf of Angelique Patterson, who is currently appearing before the court. It is important for me to provide my perspective on their character as they navigate through this challenging time.
I have known Angelique Patterson for at least 10 years, and during this time, I have come to know them as a person of integrity and kindness. Our relationship has been driven by working hard together and helping each other reach goals. I can recall times when I had my own personal issues and I was able to lean on Angelique for assistance and support.

It is also worth mentioning that Angelique has faced difficult situations in their life, which they have approached with resilience. In my opinion, this speaks volumes about their character and their ability to learn from past mistakes.

As the court considers the circumstances surrounding their case, I hope you will consider the positive contributions Angelique has made to our community and the people around them.

Thank you for your attention to this letter. Should you require any further information or would like to discuss my perspective on Angelique's character, please do not hesitate to contact me at 314456-2905 or [vtownsend1982@gmail.com](mailto:vtownsend1982@gmail.com).

Sincerely,

Vanessa Townsend
1516 Park Way Dr
St. Louis, Mo 63130