| | |
|---|---|
| **From:** | Rachel Cima |
| **To:** | Stephanie Zipfel |
| **Subject:** | FW: character letter |
| **Date:** | Wednesday, January 22, 2025 1:55:05 PM |

**From:** Issac Lewis <ikelew198032@gmail.com>
**Sent:** Wednesday, January 22, 2025 1:54 PM
**To:** Rachel Cima <Rachel_Cima@fd.org>
**Subject:** Fwd: character letter

EXTERNAL SENDER

---------- Forwarded message ---------
From: **Issac Lewis** <ikelew198032@gmail.com>
Date: Wed, Jan 22, 2025, 10:12 AM
Subject: character letter
To: <rachelcima@fd.org>

To Whom It May Concern, I have known Angelique Patterson for over twenty years, and I am both troubled and surprised by her recent legal situation. Throughout our long friendship, Angel has consistently been outstanding, always dedicated to helping others and contributing positively to our community. For this reason, I gladly write this letter of reference on her behalf. While I recognize the seriousness of her case, I hope the courts will consider showing her some leniency. Angel has exemplified admirable character in all aspects of our friendship. During some of my most challenging times, she was there to provide unwavering support and encouragement, demonstrating her compassionate nature and genuine concern for my well-being. Her presence was a source of comfort during my struggles. Moreover, Angel has tirelessly engaged in community service, organizing events and giving back meaningfully. While she has made mistakes, I believe these poor choices do not define her. I have seen firsthand her deep remorse for her actions, and I am confident that she will learn from this experience and emerge as a stronger, more responsible individual. It is my heartfelt hope that the court considers this letter during the sentencing process. Regardless of her current circumstances, I believe Angel is an honorable individual, a significant asset to our community, and an inherently good person. Respectfully, P.O. I. Lewis Pagedale Police Department